## Commonwealth ex rel. Robinson, Appellant, *v.* Aytch.

Submitted September 1, 1973. *Earle D. Lees, Jr.,* Assistant Defender, *Jonathan Miller,* Chief Defender, Family Court Division, and *Vincent J. Ziccardi,* Defender, for appellant; no appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: The appeal is quashed on the basis of our opinion filed in *Commonwealth of Pennsylvania ex rel. Walter Watson v. Eugene Montone,* 227 Pa. Superior Ct. 541, 323 A. 2d 763 (1974).